# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | |
|---|---|
| Tyler Patrick Byron | Personnel Number..... 00811982 |
| 912 PANCOAST ST | Labor & Industry Pyrl Area 2 |
| DICKSON CITY PA 18519-1166 | Pay Period.. 05/23/2026 - 06/05/2026 |
| | Fed Tax Status: Single or Married Filing Sep |
| | Fed Tax Allowances: 00 Period: 13/2026 |
| B/U:F1 Group:05 Level:03 | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 06/18/2026 | 1,278.26 = | 1,834.50 | + | 0.00 | - | 327.29 | - | 228.95 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 24.46 | 56.25 | 1,375.88 | 19,745.28 |
| Annual Leave Pay | | | | 1,302.59 |
| Paid-Office Closing | | | | 191.92 |
| Sick Leave Pay | 24.46 | 3.75 | 91.72 | 1,261.10 |
| Holiday/Comp lieu Holiday | 24.46 | 7.50 | 183.45 | 910.21 |
| Ann.Extraordinary Lv Pay | 24.46 | 7.50 | 183.45 | 366.90 |
| Total Gross | | | 1,834.50 | 23,778.00 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 114.99 | 1,487.33 |
| TX EE Social Security Tax | | 110.61 | 1,433.69 |
| TX EE Medicare Tax | | 25.87 | 335.30 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 54.77 | 709.91 |
| TX EE Unemployment Tax | | 1.28 | 16.64 |
| Local | Dickson City Borough | | |
| TX Withholding Tax | | 17.84 | 231.24 |
| Local | Taylor Borough | | |
| TX Local Services Tax | | 1.93 | 25.09 |
| EE Taxes | | 327.29 | 4,239.20 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.45 | 653.91 |
| SEIU Local 668 Union Dues | 25.50 | 330.52 |
| Class A5 DB Pension | 93.38 | 1,210.34 |
| Class A5 DC Investment | 59.62 | 772.78 |
| Total Deductions | 228.95 | 2,967.55 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
| --- | --- |
| | |
| | |
| | |

| Direct Deposit Bank / Check | Amount |
| --- | --- |
| Net Payment | 1,278.26 |

| State Paid Benefits | Amount |
| --- | --- |
| TX ER Social Security Tax | 110.61 |
| TX ER Medicare Tax | 25.87 |
| ER Basic Life | 3.74 |
| Annuitant Med Hospital | 224.00 |
| ER Workers Comp Benefit | 5.50 |
| PR Basic PPO | 668.00 |
| ER-SERS | 306.54 |
| ER-401a | 41.28 |

| Federal Taxable Wages | Amount |
| --- | --- |
| Current Period Results | 1,631.05 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
| --- | --- | --- | --- |
| | | | |

| Payroll Area | Z2 |
| --- | --- |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | |
|---|---|
| Tyler Patrick Byron | Personnel Number..... 00811982 |
| 912 PANCOAST ST | Labor & Industry Pyrl Area 2 |
| DICKSON CITY PA 18519-1166 | Pay Period.. 06/06/2026 - 06/19/2026 |
| | Fed Tax Status: Single or Married Filing Sep |
| | Fed Tax Allowances: 00 Period: 14/2026 |
| B/U:F1 Group:05 Level:03 | |

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 07/02/2026 | 1,279.71 | = | 1,834.50 | + | 0.00 | - | 327.49 | - | 227.30 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 24.46 | 67.50 | 1,651.05 | 21,396.33 |
| Annual Leave Pay | | | | 1,302.59 |
| Paid-Office Closing | | | | 191.92 |
| Sick Leave Pay | | | | 1,261.10 |
| Holiday/Comp lieu Holiday | 24.46 | 7.50 | 183.45 | 1,093.66 |
| Ann.Extraordinary Lv Pay | | | | 366.90 |
| Total Gross | | | 1,834.50 | 25,612.50 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 115.18 | 1,602.51 |
| TX EE Social Security Tax | | 110.61 | 1,544.30 |
| TX EE Medicare Tax | | 25.87 | 361.17 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 54.77 | 764.68 |
| TX EE Unemployment Tax | | 1.29 | 17.93 |
| Local | Dickson City Borough | | |
| TX Withholding Tax | | 17.84 | 249.08 |
| Local | Taylor Borough | | |
| TX Local Services Tax | | 1.93 | 27.02 |
| EE Taxes | | 327.49 | 4,566.69 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.45 | 704.36 |
| SEIU Local 668 Union Dues | 25.50 | 356.02 |
| Class A5 DB Pension | 91.73 | 1,302.07 |
| Class A5 DC Investment | 59.62 | 832.40 |
| Total Deductions | 227.30 | 3,194.85 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
| --- | --- |
| | |
| | |

| Direct Deposit Bank / Check | Amount |
| --- | --- |
| Net Payment | 1,279.71 |

| State Paid Benefits | Amount |
| --- | --- |
| TX ER Social Security Tax | 110.61 |
| TX ER Medicare Tax | 25.87 |
| ER Basic Life | 3.74 |
| Annuitant Med Hospital | 160.00 |
| ER Workers Comp Benefit | 3.24 |
| PR Basic PPO | 688.00 |
| ER-SERS | 303.61 |
| ER-401a | 41.28 |

| Federal Taxable Wages | Amount |
| --- | --- |
| Current Period Results | 1,632.70 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
| --- | --- | --- | --- |
| | | | |

| Payroll Area | Z2 |
| --- | --- |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | |
|---|---|
| Tyler Patrick Byron | Personnel Number..... 00811982 |
| 912 PANCOAST ST | Labor & Industry Pyrl Area 2 |
| DICKSON CITY PA 18519-1166 | Pay Period.. 06/20/2026 - 07/03/2026 |
| | Fed Tax Status: Single or Married Filing Sep |
| | Fed Tax Allowances: 00 Period: 15/2026 |
| B/U:F1 Group:05 Level:03 | |

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 07/17/2026 | 1,286.94 | = | 1,845.53 | + | 0.00 | - | 329.93 | - | 228.66 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 24.95 | 15.00 | 374.25 | |
| Normal working hours | 24.46 | 49.50 | 1,210.77 | 22,981.35 |
| Annual Leave Pay | | | | 1,302.59 |
| Paid-Office Closing | | | | 191.92 |
| Sick Leave Pay | 24.46 | 3.00 | 73.38 | 1,334.48 |
| Holiday/Comp lieu Holiday | 24.95 | 7.50 | 187.13 | 1,280.79 |
| Ann.Extraordinary Lv Pay | | | | 366.90 |
| Total Gross | | | 1,845.53 | 27,458.03 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 116.36 | 1,718.87 |
| TX EE Social Security Tax | | 111.28 | 1,655.58 |
| TX EE Medicare Tax | | 26.02 | 387.19 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 55.10 | 819.78 |
| TX EE Unemployment Tax | | 1.29 | 19.22 |
| Local | Dickson City Borough | | |
| TX Withholding Tax | | 17.95 | 267.03 |
| Local | Taylor Borough | | |
| TX Local Services Tax | | 1.93 | 28.95 |
| EE Taxes | | 329.93 | 4,896.62 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.75 | 755.11 |
| SEIU Local 668 Union Dues | 25.65 | 381.67 |
| Class A5 DB Pension | 92.28 | 1,394.35 |
| Class A5 DC Investment | 59.98 | 892.38 |
| Total Deductions | 228.66 | 3,423.51 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,286.94 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 111.28 |
| TX ER Medicare Tax | 26.02 |
| ER Basic Life | 3.74 |
| Annuitant Med Hospital | 160.00 |
| ER Workers Comp Benefit | 3.25 |
| PR Basic PPO | 688.00 |
| ER-SERS | 305.44 |
| ER-401a | 41.52 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,642.52 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z2 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | |
|---|---|
| Tyler Patrick Byron | Personnel Number..... 00811982 |
| 912 PANCOAST ST | Labor & Industry Pyrl Area 2 |
| DICKSON CITY PA 18519-1166 | Pay Period.. 07/04/2026 - 07/17/2026 |
| | Fed Tax Status: Single or Married Filing Sep |
| | Fed Tax Allowances: 00 Period: 16/2026 |
| B/U:F1 Group:05 Level:03 | |

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 07/31/2026 | 1,300.20 | = | 1,871.25 | + | 0.00 | - | 334.52 | - | 236.53 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 24.95 | 64.75 | 1,615.51 | 24,596.86 |
| Annual Leave Pay | | | | 1,302.59 |
| Paid-Office Closing | | | | 191.92 |
| Sick Leave Pay | 24.95 | 10.25 | 255.74 | 1,590.22 |
| Holiday/Comp lieu Holiday | | | | 1,280.79 |
| Ann.Extraordinary Lv Pay | | | | 366.90 |
| Total Gross | | | 1,871.25 | 29,329.28 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 118.55 | 1,837.42 |
| TX EE Social Security Tax | | 112.54 | 1,768.12 |
| TX EE Medicare Tax | | 26.32 | 413.51 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 55.72 | 875.50 |
| TX EE Unemployment Tax | | 1.31 | 20.53 |
| Local | Dickson City Borough | | |
| TX Withholding Tax | | 18.15 | 285.18 |
| Local | Taylor Borough | | |
| TX Local Services Tax | | 1.93 | 30.88 |
| EE Taxes | | 334.52 | 5,231.14 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 56.14 | 811.25 |
| SEIU Local 668 Union Dues | 26.01 | 407.68 |
| Class A5 DB Pension | 93.56 | 1,487.91 |
| Class A5 DC Investment | 60.82 | 953.20 |
| Total Deductions | 236.53 | 3,660.04 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
| --- | --- |
| | |

| Direct Deposit Bank / Check | Amount |
| --- | --- |
| Net Payment | 1,300.20 |

| State Paid Benefits | Amount |
| --- | --- |
| TX ER Social Security Tax | 112.54 |
| TX ER Medicare Tax | 26.32 |
| ER Basic Life | 3.74 |
| Annuitant Med Hospital | 160.00 |
| ER Workers Comp Benefit | 3.30 |
| PR Basic PPO | 688.00 |
| ER-SERS | 309.69 |
| ER-401a | 42.10 |

| Federal Taxable Wages | Amount |
| --- | --- |
| Current Period Results | 1,660.73 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
| --- | --- | --- | --- |
| | | | |

| Payroll Area | Z2 |
| --- | --- |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | |
|---|---|
| Tyler Patrick Byron | Personnel Number..... 00811982 |
| 912 PANCOAST ST | Labor & Industry Pyrl Area 2 |
| DICKSON CITY PA 18519-1166 | Pay Period.. 07/18/2026 - 07/31/2026 |
| | Fed Tax Status: Single or Married Filing Sep |
| | Fed Tax Allowances: 00 Period: 17/2026 |
| B/U:F1 Group:05 Level:03 | |

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 08/14/2026 | 1,300.21 | = | 1,871.25 | + | 0.00 | - | 334.51 | - | 236.53 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 24.95 | 71.50 | 1,783.93 | 26,380.79 |
| Annual Leave Pay | 24.95 | 3.50 | 87.32 | 1,389.91 |
| Paid-Office Closing | | | | 191.92 |
| Sick Leave Pay | | | | 1,590.22 |
| Holiday/Comp lieu Holiday | | | | 1,280.79 |
| Ann.Extraordinary Lv Pay | | | | 366.90 |
| Total Gross | | | 1,871.25 | 31,200.53 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 118.55 | 1,955.97 |
| TX EE Social Security Tax | | 112.53 | 1,880.65 |
| TX EE Medicare Tax | | 26.32 | 439.83 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 55.72 | 931.22 |
| TX EE Unemployment Tax | | 1.31 | 21.84 |
| Local | Dickson City Borough | | |
| TX Withholding Tax | | 18.15 | 303.33 |
| Local | Taylor Borough | | |
| TX Local Services Tax | | 1.93 | 32.81 |
| EE Taxes | | 334.51 | 5,565.65 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 56.14 | 867.39 |
| SEIU Local 668 Union Dues | 26.01 | 433.69 |
| Class A5 DB Pension | 93.56 | 1,581.47 |
| Class A5 DC Investment | 60.82 | 1,014.02 |
| Total Deductions | 236.53 | 3,896.57 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
| --- | --- |
| | |
| | |

| Direct Deposit Bank / Check | Amount |
| --- | --- |
| Net Payment | 1,300.21 |

| State Paid Benefits | Amount |
| --- | --- |
| TX ER Social Security Tax | 112.53 |
| TX ER Medicare Tax | 26.32 |
| ER Basic Life | 3.74 |
| Annuitant Med Hospital | 160.00 |
| ER Workers Comp Benefit | 3.30 |
| PR Basic PPO | 688.00 |
| ER-SERS | 309.69 |
| ER-401a | 42.10 |

| Federal Taxable Wages | Amount |
| --- | --- |
| Current Period Results | 1,660.73 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
| --- | --- | --- | --- |
| | | | |

| Payroll Area | Z2 |
| --- | --- |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | |
|---|---|
| Tyler Patrick Byron | Personnel Number..... 00811982 |
| 912 PANCOAST ST | Labor & Industry Pyrl Area 2 |
| DICKSON CITY PA 18519-1166 | Pay Period.. 08/01/2026 - 08/14/2026 |
| | Fed Tax Status: Single or Married Filing Sep |
| | Fed Tax Allowances: 00 Period: 18/2026 |
| B/U:F1 Group:05 Level:03 | |

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 08/28/2026 | 1,300.20 | = | 1,871.25 | + | 0.00 | - | 334.52 | - | 236.53 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 24.95 | 67.50 | 1,684.13 | 28,064.92 |
| Annual Leave Pay | | | | 1,389.91 |
| Paid-Office Closing | | | | 191.92 |
| Sick Leave Pay | | | | 1,590.22 |
| Holiday/Comp lieu Holiday | | | | 1,280.79 |
| Ann.Emergency Lv Pay | 24.95 | 7.50 | 187.12 | 187.12 |
| Ann.Extraordinary Lv Pay | | | | 366.90 |
| Total Gross | | | 1,871.25 | 33,071.78 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 118.55 | 2,074.52 |
| TX EE Social Security Tax | | 112.54 | 1,993.19 |
| TX EE Medicare Tax | | 26.32 | 466.15 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 55.72 | 986.94 |
| TX EE Unemployment Tax | | 1.31 | 23.15 |
| Local | Dickson City Borough | | |
| TX Withholding Tax | | 18.15 | 321.48 |
| Local | Taylor Borough | | |
| TX Local Services Tax | | 1.93 | 34.74 |
| EE Taxes | | 334.52 | 5,900.17 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 56.14 | 923.53 |
| SEIU Local 668 Union Dues | 26.01 | 459.70 |
| Class A5 DB Pension | 93.56 | 1,675.03 |
| Class A5 DC Investment | 60.82 | 1,074.84 |
| Total Deductions | 236.53 | 4,133.10 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
| --- | --- |

| Direct Deposit Bank / Check | Amount |
| --- | --- |
| Net Payment | 1,300.20 |

| State Paid Benefits | Amount |
| --- | --- |
| TX ER Social Security Tax | 112.54 |
| TX ER Medicare Tax | 26.32 |
| ER Basic Life | 3.74 |
| Annuitant Med Hospital | 160.00 |
| ER Workers Comp Benefit | 3.30 |
| PR Basic PPO | 688.00 |
| ER-SERS | 309.69 |
| ER-401a | 42.10 |

| Federal Taxable Wages | Amount |
| --- | --- |
| Current Period Results | 1,660.73 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
| --- | --- | --- | --- |

| Payroll Area | Z2 |
| --- | --- |