Certificate Number: 17082-PAM-DE-041436016

Bankruptcy Case Number: 26-02497

17082-PAM-DE-041436016

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2026, at 11:38 o'clock AM MST, TYLER P BYRON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 12, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director